IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGEL JOHAN AHEDO SALAZAR,

       Petitioner,

vs.                                                                                         No. 1:26-cv-00251-WJ-JHR

TODD LYONS, Acting Director of Immigration
and Customs Enforcement;
KRISTI NOEM, Secretary of the United States
Department of Homeland Security;
PAMELA BONDI, United States Attorney General;
DARREN MARGOLIN, Executive Office for
Immigration Review; and
DAVID EASTERWOOD, Field Office Director of St. Paul
Field Office,

       Respondents.

## ORDER FOR SUBSTITUTION OF PARTIES

THIS MATTER is before the Court *sua sponte.* This case was instituted in the District of Minnesota, where the Petitioner was originally arrested by Immigration and Customs Enforcement ("ICE") and detained. Petitioner was subsequently transferred by ICE from Minnesota to New Mexico and is being detained at the Cibola County detention facility in New Mexico. This case was transferred from Minnesota to this Court at the request of the Respondents.

The original Petition names David Easterwood, in his capacity as Director of the St. Paul, Minnesota, Field Office as Respondent. Because Petitioner is now detained in New Mexico and jurisdiction is proper where Petitioner is detained. *Rumsfeld v. Padilla,* 542 U.S. 426 (2004). For a court to hear a petition for writ of habeas corpus, it must have jurisdiction over the prisoner or his custodian. The proper respondents in a federal habeas corpus petition are the petitioner's 'immediate custodian.' A custodian 'is the person having a day-to-day control over the prisoner.

1

That person is the only one who can produce "the body" of the petitioner.' See, e.g., *Brittingham v. United States,* 982 F.2d 378, 379 (9th Cir.1992).

Therefore, pursuant to the authority granted by Standing Order No. 1:26-mc-00004 and the Court's inherent authority in habeas corpus proceedings, the Court will substitute George Dedos, the Warden of the Cibola County detention facility, and Marisa Flores, Acting Director, Immigration and Customs Enforcement's Enforcement and Removal Operations, El Paso Field Office, for David Easterwood as Respondents in this case. *See Torres-Torres v. Miller,* 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the party respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

**IT IS ORDERED** that the Clerk of the Court is **DIRECTED** to substitute George Dedos, the Warden of the Cibola County detention facility, and Marisa Flores, Acting Director, Immigration and Customs Enforcement's Enforcement and Removal Operations, El Paso Field Office, for David Easterwood as Respondents in this case.

/s/_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE