**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**ANGEL JOHAN AHEDO SALAZAR,**

Petitioner,

v. Case No.1:26-cv-00251 WJ-JHR

**GEORGE DEDOS,** Warden,
Cibola County Correctional Center;
**MARISA FLORES,** Acting Director,
Immigration and Customs Enforcement's Enforcement
and Removal Operations, El Paso Field Office;
**TODD LYONS,** Acting Director,
U.S. Immigration and Customs Enforcement,
**KRISTI NOEM,** Secretary,
Department of Homeland Security;
**PAMELA BONDI,** Attorney General; and
**DARREN MARGOLIN,** Executive Office for Immigration Review,

Respondents.

**JUDGMENT AND ORDER CLOSING CASE**

**THIS MATTER is** before the Court under Fed. R. Civ. P. 58, upon the Petition for Writ of Habeas Corpus, **[Doc. 1]**, the Court having granted a writ of habeas corpus directing that Petitioner be released from custody **[Doc. 14]**, Petitioner having filed a status report confirming that Petitioner has been released from custody **[Doc. 15]**, and there being no further habeas corpus relief that can be granted,

**IT IS ORDERED, ADJUDGED, and DECREED** that all habeas corpus claims have been concluded and the Clerk of Court is directed to **CLOSE** this case.

/s/______________________________________
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE